1  DONALD L. TASTO (California SBN 196830)
   Attorney At Law
2  600 Allerton Street, Suite 202
3  Redwood City, CA 94063
   Tel:    650-369-1383
4  Fax:    650-369-1389

5
   JEFFERY C. GRASS (Texas SBN 787581)
6  Attorney at Law
   Bank of America Tower
7  101 East Park Blvd., Suite 600
   Plano, TX 75074
8  Tel:    214-273-7290
9  Fax:    214-273-7291

10 *Attorneys for Plaintiff Bruce Ellison, M.D.*

11

12
                    **UNITED STATES DISTRICT COURT FOR THE**
13                      **NORTHERN DISTRICT OF CALIFORNIA**
14                           **SAN FRANCISCO DIVISION**

15

16 BRUCE ELLISON, M.D.,                 )  Case No.:  C 10-00491 MMC
                                        )
17         Plaintiff/Petitioner,        )
                                        )  [Proposed] **ORDER** TO **EXTEND**ING
18              vs.                     )  **SERVICE DATE AND INITIAL CASE**
                                        )  **MANAGEMENT CONFERENCE**
19 SEQUOIA HEALTH SERVICES D/B/A        )
20 SEQUOIA HOSPITAL,                    )  Administrative Relief, Civil Local Rule 7-11
   EDWARD M. KATZ, M.D.,                )
21 MICHAEL M. PAPILIAN, M.D.            )
                                        )
22                                      )
           Defendants/Respondents.      )
23                                      )
                                        )
24 _____

25
          Having reviewed and considered plaintiff's ex parte motion to extend service date and
26
   initial case management conference,
27

28
                                              - 1-
   _____
              ORDER TO CONTINUE SERVICE DATE AND INITIAL CASE MANAGEMENT CONFERENCE
                                    Case No. C 10-00491-MMC

1   IT IS HEREBY ORDERED that the deadline for service of process on defendants is
2   extended to August 29, 2010; and
3   IT IF FURTHER ORDERED that the initial case management conference, along with
4   associated deadlines, ~~is to be~~ are continued ~~with a new schedule that accommodates said deadline for~~
5   ~~service of process~~s.   Specifically, the initial case management conference is continued to
6   September 24, 2010.  A Joint Case Management Statement shall be filed no later than September 17, 2010.
7
8   Date:  March __22__, 2010
9                                                              Maxine M. Chesney
                                                               United States District Judge